UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KELLYANN TOMMELL,

    Plaintiff,

v.                                        CASE NO. 3:22-cv-1317-HES-MCR

PERFORMANCE ENGINEERING
GROUP, INC.,

    Defendant.
_____/

## ORDER

This matter is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 27) which recommends this action be dismissed because Plaintiff failed to comply with the Court's Orders and for lack of prosecution. No objections were filed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 27) is **ADOPTED**;

2. This action be **DISMISSED without prejudice**; and

3. The Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this 8th day of August, 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Monte C. Richardson
Kellyann Tommell, *Pro Se*
Christopher Ryan Maloney, Esq.
Melissa G. Murrin, Esq.

2